In re SPINELLI. (Supreme Court, Appellate Division, First Department. June 26,

1908.) In the matter of Antonio Spinelli. No opinion. Reference ordered to take proof of the facts stated in the petition, and as to the identity of the infants for whom the petitioner was appointed guardian, as the owners of the property involved in this proceeding. Settle order on notice.